UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN SAVARESE

** JURY TRIAL DEMANDED

COMPLAINT

NAME OF PLAINTIFF(S)

# CV-16 0321

**BIANCO, J.**

J.P. MORGAN CHASE,
DONALD MALONEY, CHRISTINE LAWTON,
PATRICIA HUMPHREY THOMAS MULLIGAN,

LOCKE, M.J.

NAME OF DEFENDANT(S) (ARE SUED IN THEIR INDIVIDUAL CAPACITIES
PURSUANT TO N.Y. EXECUTIVE LAW 296,
ET SEQ.)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 21 2016 ★

LONG ISLAND OFFICE

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1.    Plaintiff resides at:

91 TALLMADGE TRAIL MILLER PLACE
_____
Street Address

SUFFOLK , N.Y. , 11764, (631) 764 3274
_____
County      State      Zip Code    Telephone Number

2.    Defendant(s) resides at, or its business is located at:

J.P. MORGAN CHASE 270 PARK AVENUE
_____
Street Address

MANHATTAN    NY ,    NY ,    10017
_____
County    City    State    Zip Code

3.    The address at which I sought employment or was employed by the defendant(s) is:

CHASE 130 PORTION ROAD
_____
Street Address

SUFFOLK,  RONKONKOMA  NY ,    11779
_____
County    City    State    Zip Code

4.    The discriminatory conduct of which I complain in this action includes *(check only those that apply)*.

_____    Failure to hire.

✓    Termination of my employment.

_____    Failure to promote.

✓    Failure to accommodate my disability.

✓    Unequal terms and conditions of my employment.

_____    Retaliation

_____    Other acts *(specify)*: _____ .

**NOTE:**    *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.    It is my best recollection that the alleged discriminatory acts occurred on:
    __5_/_1_/_2013_ – _4_/_30_/_2014_ .
    Date(s)

6.    I believe that the defendant(s) *(check one)*

_____    is still committing these acts against me.

✓    is <u>not</u> still committing these acts against me.

7.    Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

[ ]    race _____    [ ]    color _____

[ ]    gender/sex _____    [ ]    religion _____

✓    national origin _ITALIAN HERITAGE_____

✓    disability _HEARING IMPAIRMENT_____

✓    age. If age is checked, answer the following:

I was born in _1961___ . At the time(s) defendant(s) discriminated against me,
            Year
I was [✓] <u>more</u>  [ ] <s>less</s> than 40 years old.  *(check one)*.

**NOTE:**    *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.    The facts of my case are as follows:

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 53 year old Italian-American male with a qualifying disability, who worked for JP Morgan Chase as a Relationship Manager, from May 2013 until my termination in April 2014.
I believe I was discriminated against because of my National Origin in violation of Title VII of the Civil Rights Act of 1964, as amended, my age, in violation of the Age Discrimination in Employment Act of 1967, as amended, and my disability, in violation of the Americans with Disabilities Act of 1990, as amended.
Specifically, after a misunderstanding with a customer, I was investigated and eventually terminated. The misunderstanding was related to my disability, and I believe my investigation was unfairly pursued because of my age and national origin.
Based on the above, I believe I was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended, and other Federal, state, and local antidiscrimination statutes.

*(Attach additional sheets as necessary)*

**NOTE:**    *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.    It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: __9/2/2014__ .
                                                                                                    Date

10.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __9/2/2014__
                                                                                                    Date

**Only litigants alleging age discrimination must answer Question #11.**

11.    Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____✓_____    60 days or more have elapsed.

_____    less than 60 days have elapsed.


12.    The Equal Employment Opportunity Commission *(check one)*:

_____    has **not** issued a Right to Sue letter.

___✓___    has issued a Right to Sue letter, which I
received on __11 / 3 / 2015__ .
                                        Date

**NOTE:**    Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

PLAINTIFF'S SIGNATURE

Dated: __1 / 21 / 2016__

91 TALLMADGE TRAIL
Address   MILLER PLACE, NY. 11764
(631) 764 3274
Phone Number

rev. 4/23/13

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To:  John Savarese
     91 Tallmadge Trail
     Miller Place, NY 11764

From:  New York District Office
       33 Whitehall Street
       5th Floor
       New York, NY 10004

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 520-2014-03695 | Charles K. Diamond, Investigator | (212) 336-3771 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Kevin Berry*

Kevin J. Berry,
District Director

10/30/2015
*(Date Mailed)*

Enclosures(s)

cc:  Diane Padilla
     Employee Relations Manager
     JP MORGAN CHASE
     10 South Dearborn, 20th Fl
     Chicago, IL 60603